# IN THE SUPREME COURT OF THE STATE OF NEVADA

CAPRIATI CONSTRUCTION CORP.,
INC., A NEVADA CORPORATION,
                  Appellant,
vs.
BAHRAM YAHYAVI, AN INDIVIDUAL,
                  Respondent.

No. 81911

**FILED**

JAN 07 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an amended judgment upon the jury verdict. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

This court previously directed appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that the judgment challenged on appeal was superfluous, as it simply restated the contents of previous orders made by the district court. Appellant has responded to the order to show cause, and appears to agree that the challenged judgment is superfluous. *See Campos-Garcia v. Johnson*, 130 Nev. 610, 331 P.3d 890 (2014) ("When district courts, after entering an appealable order, go on to enter a judgment on the same issue, the judgment is superfluous."). This court lacks jurisdiction to consider this appeal. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Ronald J. Israel, District Judge
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Law Offices of Eric R. Larsen
Hutchison & Steffen, LLC/Las Vegas
Prince Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A